No. 1250. RELFORD *v.* COMMANDANT, U. S. DISCI-
PLINARY BARRACKS, FT. LEAVENWORTH. C. A. 10th Cir.
[Certiorari granted, *ante,* p. 934.] Motion of petitioner
for appointment of counsel granted. It is ordered that
*Judson W. Detrick, Esquire,* of Denver, Colorado, be,
and he is hereby, appointed to serve as counsel for peti-
tioner in this case.

No. 1498, Misc. RAY *v.* UNITED STATES DISTRICT
COURT FOR THE WESTERN DISTRICT OF PENNSYLVANIA;
No. 1500, Misc. WHIDDON *v.* MOSELEY, WARDEN,
ET AL.; and
No. 1651, Misc. MCKEE *v.* MICHIGAN. Motions for
leave to file petitions for writs of habeas corpus denied.

No. 1634, Misc. FARMER *v.* SUPERIOR COURT OF CAL-
IFORNIA, COUNTY OF ALAMEDA (GREAT NORTHERN RAIL-
WAY CO., REAL PARTY IN INTEREST). Motion for leave
to file petition for writ of mandamus denied. *Clifton
Hildebrand* on the motion.

No. 1244. GORDON ET AL. *v.* LANCE ET AL. Sup. Ct.
App. W. Va. Certiorari granted. *George M. Scott* for
petitioners. *Charles C. Wise, Jr.,* for respondents Lance
et al.

No. 657, Misc. MAYBERRY *v.* PENNSYLVANIA. Sup.
Ct. Pa. Motion for leave to proceed *in forma pauperis*
granted. Certiorari granted and case transferred to
appellate docket. *Robert W. Duggan* for respondent.

No. 1196. PORTER ET AL. *v.* WILSON ET AL. C. A. 9th
Cir. Certiorari denied. *Sterling W. Steves* for peti-
tioners.